**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tony L. FORD, a.k.a. BoBo, a.k.a. Bo, a.k.a. Big Head, Defendant–Appellant.**

No. 08–16524
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 13, 2009.

Todd B. Grandy, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and HILL, Circuit Judges.

PER CURIAM:

Leonard Clark, appointed counsel for Tony L. Ford, has filed a motion to withdraw on appeal and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of § 3582(c)(2) relief is **AFFIRMED.**